270

(No. 6268

DOMINIC ROSCETTI, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed April 11, 1973.*

DOMINIC ROSCETTI, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6532

YMCA HOTEL OF CHICAGO, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed April 11, 1973.*

YMCA HOTEL OF CHICAGO, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.